

1995 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-22-1995

# Squires v Bonser

Precedential or Non-Precedential:

Docket 94-7035

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1995

Recommended Citation

"Squires v Bonser" (1995). *1995 Decisions.* Paper 123.
http://digitalcommons.law.villanova.edu/thirdcircuit_1995/123

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1995 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

_ UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

No. 94-7035                                    _____


JOSEPH SQUIRES, SR. Appellant

V.

THOMAS BONSER; JAY E. HUFFMAN; MIDDLE SMITHFIELD TOWNSHIP
    Appellees                            _____

Before: BECKER and COWEN, Circuit Judges and POLLAK, District
                            Judge*
                    _____


        ORDER                              _____


        The petition for panel rehearing is granted and the

opinion filed on May 8, 1995, is amended by adding a footnote 17

at the final word of the opinion's text ("damages"), such

footnote to be as follows:

        17.  At the new trial the jury is to be instructed
        that its award of compensatory damages cannot exceed
        $37,100.


                        By the Court,

                        \s\ Louis H. Pollak
                        District Judge
Dated:  June 22, 1995

_____
*Honorable Louis H. Pollak, United States District Judge for the
Eastern District of Penndylvania, sitting by designation.